JAMES A. TAYLOR, Respondent, *v.* ELMER WILSON et al., Appellants.

(Argued November 23, 1932; decided December 13, 1932.)

*Cola W. Lyon* for appellants.
*Walter C. Garey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.